MARY JUDIS, Appellant, *v.* FRANK B. MARTIN,
Respondent.

*Appeal — intermediate order — appeal without permission to Court of
Appeals dismissed.*

*Judis* v. *Martin*, 218 App. Div. 402, appeal dismissed.

(Submitted February 21, 1927; decided March 1, 1927.)

MOTION to dismiss an appeal from an order of the
Appellate Division of the Supreme Court in the first
judicial department, entered December 3, 1926, which
modified and affirmed as modified an order of Special
Term granting defendant's motion to set aside certain
levies under a warrant of attachment.

The motion was made upon the grounds that the order
appealed from was not a final order and that permission
to appeal had not been granted.

*George B. Brooks* for motion.

*Abraham Rosenstein* opposed.

Motion granted and appeal dismissed, with costs and
ten dollars costs of motion.

———

THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
*v.* C. JUDSON KIRK, Appellant.

*Appeal — failure to serve appeal papers — motion to dismiss appeal
granted.*

*People* v. *Kirk*, 216 App. Div. 800, appeal dismissed.

(Submitted February 21, 1927; decided March 1, 1927.)

MOTION to dismiss an appeal from a judgment of the
Appellate Division of the Supreme Court in the first
judicial department, entered April 23, 1926, which affirmed
a judgment of the Court of General Sessions in the
county of New York, rendered upon a verdict convicting
the defendant of the crime of rape in the second degree.

The motion was made upon the ground that the printed
papers on appeal had not been served within the time
required by section 536 of the Code of Criminal Procedure.